**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

DEVINCHE J. ALBRITTON,

      Plaintiff,

v.                                 CASE NO. 2:20cv463

M. CARPENTER, *et al.*,

      Defendants.

**MOTION TO SUBSTITUTE AND REQUEST TO DISCONTINUE ECF NOTICES**
**AS TO STACIE ANN SESSOMS & DEBRA MARIE BRYAN**

Andrew Russell Page, undersigned counsel, respectfully moves this honorable Court to substitute him as counsel for Defendants M. Carpenter, Tony Darden, Mr. Foster, Mr. McDonald, Lt. Branch, Mr. Phat, W. Brown, and Correctional Officer Champ in place of attorneys Stacie Ann Sessoms and Debra Marie Bryan.

Ms. Sessoms is leaving employment with the Office of the Attorney General, effective June 7, 2024. Ms. Bryan left employment with the Office of the Attorney General on April 16, 2024. The Clerk is requested to discontinue Notification of Electronic Filing as to Stacie Ann Sessoms and Debra Marie Bryan.

The undersigned, Richard Carson Vorhis, and the Office of the Attorney General will remain as counsel for Defendants M. Carpenter, Tony Darden, Mr. Foster, Mr. McDonald, Lt. Branch, Mr. Phat, W. Brown, and Correctional Officer Champ in the above-captioned case.

Good cause exists for this request and this request will not affect the continuation of the defense of Defendants M. Carpenter, Tony Darden, Mr. Foster, Mr. McDonald, Lt. Branch, Mr. Phat, W. Brown, and Correctional Officer Champ.

Undersigned counsel certifies that he is admitted to practice in this Court.

1

Respectfully submitted,

M. CARPENTER, TONY DARDEN, MR. FOSTER, MR. MCDONALD, LT. BRANCH, MR. PHAT, W. BROWN, AND CORRECTIONAL OFFICER CHAMP

By:       s/ Andrew Russell Page
Andrew Russell Page, VSB #80776
Assistant Attorney General
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
(757) 786-2021
(804) 786-4239 (Fax)
Email: arpage@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed the document by United States Postal Service to the following non-CM/ECF participant:

VDOC Centralized Mail Distribution Center
Devinchi Javon Albritton, #1016653
3521 Woods Way
State Farm, VA 23160

By:   s/ Andrew Russell Page
Andrew Russell Page, VSB #80776
Assistant Attorney General

2