**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

DEVINCHE J. ALBRITTON,

      Plaintiff,

v.                                                                          CASE NO. 2:20cv463

M. CARPENTER, *et al*.,

      Defendants.

### ORDER

This matter comes before the Court on Andrew Russell Page's Motion to Substitute himself of the Office of the Attorney General as counsel of record in place of Stacie Ann Sessoms and Debra Marie Bryan in this action.

For good cause shown, the Motion to Substitute is **GRANTED** and Andrew Russell Page is now counsel of record for Defendants M. Carpenter, Tony Darden, Mr. Foster, Mr. McDonald, Lt. Branch, Mr. Phat, W. Brown, and Correctional Officer Champ in this action. Stacie Ann Sessoms and Debra Marie Bryan are **TERMINATED** as counsel of record.

The clerk is **DIRECTED** to send a copy of this Order to all the Parties.

Date:_____

                                   _____
                                   United States Magistrate Judge