UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DEVINCHE J. ALBRITTON,

      Plaintiff,

    v.                                ACTION NO. 2:20cv463

M. CARPENTER, *et al.*,

      Defendants.

## <u>ORDER</u>

This matter is before the Court to address a Motion for Substitution of Counsel filed by Defendants M. Carpenter, Tony Darden, Mr. Foster, Mr. McDonald, Lt. Branch, Mr. Phat, W. Brown, and Correctional Officer Clamp ("Defendants"). Mot. Substitution Counsel, ECF No. 51.

Defendants have moved to substitute new counsel, Andrew Russell Page, in place of current counsel of record, Stacie Ann Sessoms and Debra Marie Bryan. *Id.* at 1. For good cause shown, the Motion for Substitution of Counsel, ECF No. 51, is **GRANTED**. The Clerk is **DIRECTED** to terminate Stacie Ann Sessoms and Debra Marie Bryan as counsel of record for these Defendants.[1] The Clerk is **FURTER DIRECTED** to discontinue Notification of Electronic Filing as to Ms. Sessoms and Ms. Bryan.

---

[1] The prior Motion to Substitute, ECF No. 48, is **DISMISSED as moot**.

The Clerk is **DIRECTED** to send a copy of this Order to Plaintiff DeVinche J.

Albritton and to defense counsel.

**IT IS SO ORDERED**.

/s/

Arenda L. Wright Allen
United States District Judge

Norfolk, Virginia
July 29, 2024

2